IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01935-WYD-CBS | Date:  May 13, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                          *Counsel:*

C-GAS, LLC,                                                    Thomas Zabel
                                                                         Scott Seidl

Plaintiff,

v.

ANADARKO E&P ONSHORE, LLC, *et al.,*        Ericka Englert
                                                                         Teresa Abel
                                                                         Daniel Dunn

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 02:31 p.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to *MOTION [56] for Leave to File Third Amended Complaint.*  Oral argument regarding the motion by counsel.

Ms. Englert advises the court that Anadarko does not intend to file a motion for summary judgment.

Discussion regarding consenting to the jurisdiction of a Magistrate Judge.

Plaintiff's counsel makes oral motion to withdraw *MOTION [56] for Leave to File Third Amended Complaint.*

**ORDERED:**    Oral motion is **GRANTED** and *MOTION [56] for Leave to File Third Amended Complaint* is **WITHDRAWN.**

Parties shall work together to schedule the remaining depositions by **5:00 p.m. on May 15, 2015.**  If parties are unable to schedule these depositions, they shall

> contact Magistrate Judge Shaffer's chambers at (303-844-2117) on May 18, 2015 to resolve the issue.
>
> The Final Pretrial Conference set for November 19, 2015 is VACATED and RESET for **July 28, 2015 at 3:30 p.m.** A proposed Final Pretrial Order due by **July 22, 2015.**
>
> Consent form by **May 20, 2015.** If parties consent to a Magistrate Judge, a hearing will be set to set a trial date.

Further discussion regarding a discovery issue the Plaintiff has with Samson Resources Company. The court advises the Plaintiff to confer with Samson.

HEARING CONCLUDED.

**Court in recess: 03:29 p.m.**
Total time in court: 01:08

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.