IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     14-cv-01935-WYD-CBS

C-GAS, LLC,

      Plaintiff,

v.

ANADARKO E&P ONSHORE, LLC, and
SAMSON RESOURCES COMPANY,

      Defendants.

---

## PARTIAL DISMISSAL ORDER

---

On May 8, 2015, Plaintiff C-Gas, LLC ("C-Gas") and Defendants Anadarko E&P Onshore, LLC ("Anadarko") and Samson Resources Company ("Samson") represented to the Court that C-Gas no longer wishes to pursue its negligence and trespass claims (the "Claims") against Anadarko and that the parties have voluntarily agreed to a dismissal of the Claims.   *See* ECF No. 61.

It is hereby ORDERED, ADJUDGED AND DECREED that C-Gas's claims of negligence and trespass, identified in Sections "E" and "F" of C-Gas's Second Amended Complaint (ECF No. 35, ¶¶ 22 – 26), against Anadarko are hereby DISMISSED with prejudice, the parties to bear their own costs and fees associated with these claims.

It is further ORDERED, ADJUDGED AND DECREED that the suit shall continue forward as against Anadarko and Samson only insofar as other pending claims remain and the case shall not be removed from the Court's active docket.

Dated:   July 2, 2015.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE